FILED
2016 May-24 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| DARRIUS ANDREW HOWARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 6:15-cv-904-WMA-TMP |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS; *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on May 2, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 11). To date no objections to the report and recommendation have been filed. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

It is therefore ORDERED that the claim for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause be and hereby is DENIED and DISMISSED AS MOOT.

DONE the 24th day of May, 2016.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE